STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

**REHEARING ACTION: October 20, 2010**

**Docket Number: 10   00099-WCA** consolidated with 86-WCA & 92-WCA & 96-WCA & 97-WCA & 99-WCA & 100-WCA & 115-WCA & 117-WCA & 118-WCA

**CENTRAL LA. AMBULATORY SURGICAL CENTER (FORREST ROBINSON)
VERSUS
RAPIDES PARISH SCHOOL BOARD**

**Appealed from Office of Workers' Compensation - # 2 Case No. 08-02851**

**BEFORE JUDGES:**

> Hon. Ulysses Gene Thibodeaux
> Hon. Shannon J. Gremillion
> Hon. David Ellis Chatelain

As counsel of record in the captioned case, you are hereby notified that the request for en banc rehearing filed by **Central Louisiana Ambulatory Surgical Center** has this day been

> **DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Central Louisiana Ambulatory Surgical Center** has this day been

> **GRANTED.**
> (See attached opinion)

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Rapides Parish School Board** has this day been

> **DENIED.**
> (See attached opinion)

cc: Richard Bray Williams, Counsel for the Appellee
   Thomas Allen Filo, Counsel for the Appellee
   Michael Kevin Cox, Counsel for the Appellee
   Eric K. Buerger, Counsel for the Appellant
   Roger Anthony Javier, Counsel for the Appellant